IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CHRISTINA M. ROBINSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GRACO CHILDREN'S PRODUCTS INC. and NEWELL RUBBERMAID, INC.,<br><br>Defendants. | Case No.: 2:11-cv-02379-RMG<br><br>ORDER ON CONSENT MOTION FOR EXTENSION OF TIME |

Plaintiff seeks an Order extending the current deadline of October 28, 2011, for Plaintiff to respond to Defendant's Joint Motion to Dismiss in the above matter until November 14, 2011. Plaintiff has not requested any prior extension, and counsel for Defendants has consented to this request and filing.

NOW, THEREFORE, this Court grants Plaintiff's request for an extension of time and Plaintiff shall file her response no later than November 14, 2011.

**IT IS SO ORDERED.**

October 2/2011
Charleston, SC

_____
Richard M. Gergel
United States District Judge