# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| CHRISTINA M. ROBINSON, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 2:11-CV-02379-RMG |
| GRACO CHILDREN'S PRODUCTS, INC. and NEWELL RUBBERMAID INC., | ) ) ) |
| Defendants. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that Plaintiff, Christina M. Robinson, hereby dismisses all claims in this matter with prejudice against Defendants, Graco Children's Products, Inc. and Newell Rubbermaid, Inc. All parties shall bear their own fees and costs.

July 25, 2013

Respectfully submitted,

| | |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH LLP | RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C. |
| s/ A. Mattison Bogan | s/ T. Christopher Tuck |
| A. Mattison Bogan, I.D. No: 9826 | T. Christopher Tuck, ID No.: 9135 |
| 1320 Main Street/ 17th Floor | A. Hoyt Rowell, III, ID No.: 3665 |
| P.O. Box 11070 (29211-1070) | Catherine H. McElveen, ID No. 10775 |
| Columbia, SC 29201 | 1037 Chuck Dawley Blvd., Building A |
| (803) 799-2000 | Mt. Pleasant, SC 29464 |
| Michael T. Cole, I.D. No: 206 | (843) 727-6500 |
| 151 Meeting Street/ 6th Floor | |
| P.O. Box 1806 (29402-1806) | |
| Charleston, SC 29401-2239 | |

| | |
|---|---|
| (843) 853-5200 | LAW OFFICES OF<br>GEDNEY M. HOWE, III, P.A. |
| SCHIFF HARDIN, LLP<br>Joseph J. Krasovec (*admitted pro hac vice*)<br>Heidi Oertle (*admitted pro hac vice*)<br>Stephen M. Copenhaver (*admitted pro hac vice*)<br>233 S. Wacker, Suite 6600<br>Chicago, IL  60606<br>(312) 258-5500 | Gedney M. Howe, III<br>8 Chalmers Street<br>Charleston, SC  29401<br>(843) 722-8048 |
| | DOUTHIT, FRETS, ROUSE,<br>GENTILE & RHODES, L.L.C<br>R. Douglas Gentile (*admitted pro hac vice*)<br>5250 W. 116th Place, Suite 400<br>Leawood, KS  66211<br>(913) 387-1600 |
| ATTORNEYS FOR DEFENDANTS | ATTORNEYS FOR PLAINTIFF |