# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| CHRISTINA M. ROBINSON, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Case No. 2:11-CV-02379-RMG |
| GRACO CHILDREN'S PRODUCTS, INC. and NEWELL RUBBERMAID INC., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that the Plaintiff, by and through her undersigned counsel, files a Joint Stipulation of Dismissal with Prejudice.

July 25, 2013

                                                     Respectfully submitted,

                                                     RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C.

                                                     s/ T. Christopher Tuck
                                                   T. Christopher Tuck, ID No.: 9135
                                                   A. Hoyt Rowell, III, ID No.: 3665
                                                   Catherine H. McElveen, ID No. 10775
                                                   1037 Chuck Dawley Blvd., Building A
                                                   Mt. Pleasant, SC  29464
                                                   (843) 727-6500

                                                   LAW OFFICES OF
                                                   GEDNEY M. HOWE, III, P.A.
                                                   Gedney M. Howe, III

8 Chalmers Street
Charleston, SC 29401
(843) 722-8048

DOUTHIT, FRETS, ROUSE,
GENTILE & RHODES, L.L.C
R. Douglas Gentile (*admitted pro hac vice*)
5250 W. 116th Place, Suite 400
Leawood, KS 66211
(913) 387-1600

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2013, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will provide electronic notice of such filing to all counsel of record.

/s/ T. Christopher Tuck